```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10418
   VICKEY L SMITH HUDSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7633


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/24/2006 and was confirmed 11/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/15/2007.
-------------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
 GREEN TREE SERVICING LLC  CURRENT MORTG   14334.92            .00        14334.92
 GREEN TREE SERVICING LLC  MORTGAGE ARRE    1398.74            .00         1398.74
 GREEN TREE SERVICING LLC  CURRENT MORTG    1851.78            .00         1851.78
 GREEN TREE SERVICING LLC  MORTGAGE ARRE      66.52            .00           66.52
 GREEN TREE SERVICING LLC  NOTICE ONLY    NOT FILED            .00             .00
 ISAAC ALAN H DDS          UNSECURED         249.80            .00             .00
 ASSET ACCEPTANCE LLC      UNSECURED        7431.15            .00             .00
 AT&T CREDIT MANAGEMENT C  UNSECURED      NOT FILED            .00             .00
 BLATT HASENMILLER LEIBSK  UNSECURED      NOT FILED            .00             .00
 CAPITAL ONE BANK          UNSECURED        1889.67            .00             .00
 COMMONWEALTH EDISON       UNSECURED      NOT FILED            .00             .00
 B-LINE LLC                UNSECURED        1552.55            .00             .00
 FIRST PREIMER BANK        UNSECURED      NOT FILED            .00             .00
 HARVARD COLLECTION SERVI  UNSECURED      NOT FILED            .00             .00
 ISAC                      UNSECURED      NOT FILED            .00             .00
 ISAC                      UNSECURED        9458.72            .00             .00
 ISAC                      UNSECURED      NOT FILED            .00             .00
 ISAC                      UNSECURED      NOT FILED            .00             .00
 ISAC                      UNSECURED      NOT FILED            .00             .00
 ISAC                      UNSECURED      NOT FILED            .00             .00
 JC CHRISTENSEN & ASSOC    UNSECURED      NOT FILED            .00             .00
 J C PENNEY                UNSECURED      NOT FILED            .00             .00
 LVNV FUNDING              UNSECURED      NOT FILED            .00             .00
 MCALLISTER & ASSOCIATES   UNSECURED      NOT FILED            .00             .00
 LOYOLA UNIVERSITY PHYSIC  UNSECURED      NOT FILED            .00             .00
 LOYOLA UNIVERSITY PHYSIC  UNSECURED      NOT FILED            .00             .00
 LOYOLA UNIVERSITY PHYSIC  UNSECURED      NOT FILED            .00             .00
 LOYOLA UNIVERSITY PHYSIC  UNSECURED      NOT FILED            .00             .00
 LOYOLA UNIVERSITY PHYSIC  UNSECURED      NOT FILED            .00             .00
 MIDLAND CREDIT MANAGEMEN  UNSECURED         667.20            .00             .00
 NATIONAL CITY BANK ~      UNSECURED       14014.10            .00             .00
 NICOR GAS                 UNSECURED      NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 10418 VICKEY L SMITH HUDSON
```

```
NICOR GAS                 UNSECURED      NOT FILED              .00              .00
MAYWOOD FIRE DEPT         UNSECURED      NOT FILED              .00              .00
MCI COMMUNICATIONS        UNSECURED      NOT FILED              .00              .00
MCI COMMUNICATIONS        UNSECURED      NOT FILED              .00              .00
RECOVERY REMEDIES         UNSECURED      NOT FILED              .00              .00
SELECT EDITION            UNSECURED      NOT FILED              .00              .00
MCI                       UNSECURED      NOT FILED              .00              .00
GEORGE HUDSON             NOTICE ONLY    NOT FILED              .00              .00
GREEN TREE SERVICING LLC  NOTICE ONLY    NOT FILED              .00              .00
*MACEY & ALEMAN           DEBTOR ATTY      1,451.00                         1,451.00
TOM VAUGHN                TRUSTEE                                           1,197.04
DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               20,300.00

PRIORITY                                          .00
SECURED                                     17,651.96
UNSECURED                                         .00
ADMINISTRATIVE                               1,451.00
TRUSTEE COMPENSATION                         1,197.04
DEBTOR REFUND                                     .00
                      ---------------      ---------------
TOTALS                20,300.00             20,300.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
     Dated: 01/22/08           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 06 B 10418 VICKEY L SMITH HUDSON